## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC. a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HANIF SHAIKH AND NASIR SHAIKH, a California Partnership, HANIF SHAIKH, an individual, and NASIR SHAIKH, an individual,<br><br>Defendants. | Civil Action No. 07-00157 (SDW)<br><br>CONSENT ORDER *conditionally* GRANTING ATTORNEYS' FEES AND COSTS TO PLAINTIFF |

THIS MATTER having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, Connell Foley, LLP, and by defendants Hanif Shaikh and Nasir Shaikh, a California Partnership, Hanif Shaikh and Nasir Shaikh (collectively, "Defendants"), by their attorneys, Klafter & Mason, L.L.C., seeking an award of attorneys' fees and costs in connection with the Court's Order vacating default and default judgment entered against Defendants, and the respective parties herein having agreed to a payment plan for the attorney fees and costs awarded by the Court, and for good cause shown;

IT IS on this the __18th__ day of __July__, 2008, hereby

ORDERED that the Default entered against the Defendants on March 26, 2008, and the Default Judgment entered against the Defendants on June 30, 2008, are to be vacated *ONLY* upon the Defendants' payment of the attorneys' fees and costs incurred by DIW between March 24, 2007 and July 8, 2008 in the amount of $14,614.68; and it is further

DIW 4764
1965623-01

ORDERED that payment of said attorneys' fees and costs are to be paid in four, equal installments of $3,653.67 commencing on August 1, 2008 and ending on November 1, 2008; and it is further

ORDERED that the parties may proceed with informal discovery between August 1, 2008 and November 1, 2008; and it is further

ORDERED that if Defendants fail to make payment of said attorneys' fees and costs as outlined above, DIW shall have the right to apply for an award of any additional attorneys' fees and costs incurred by DIW between August 1, 2008 and November 1, 2008.

SUSAN D. WIGENTON, U.S.D.J.

We hereby consent to the form
and substance of this Order:

CONNELL FOLEY LLP

By: _____
     Bryan P. Couch, Esq.
     Attorneys for Plaintiff,
     Days Inns Worldwide, Inc.

KLAFTER & MASON, LLC

By: Gary L. Mason _____
     Gary L. Mason, Esq.
     Attorneys for Defendants,
     Hanif Shaikh and Nasir Shaikh, a California Partnership,
     Hanif Shaikh and Nasir Shaikh

DIW 4764
1965623-01